**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**SHERRY A. MORGAN**
Senior Deputy Prosecuting Attorney
**DAVID A. ROSCHECK**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID  83702
Telephone (208) 287-7700
Facsimile (208) 287-7719
Idaho State Bar Nos. 5296, 9008
civilpafiles@adaweb.net

*Attorneys for Ada County and Jan M. Bennetts*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BIG SKY SCIENTIFIC LLC, | ) |
| Plaintiff, | ) **Case No. 1:19-cv-00040-REB** <br> ) <br> ) **MOTION TO SEAL** |
| vs. | ) |
| IDAHO STATE POLICE, ADA COUNTY, JAN M. BENNETTS, in her official capacity as Ada County Prosecuting Attorney, | ) |
| Defendants. | ) |

COMES NOW, Defendants Ada County and Jan M. Bennetts, in her official capacity as Ada County Prosecuting Attorney, by and through their counsel of record, the Ada County Prosecuting Attorney's Office, and hereby moves this Court for an Order sealing from the public the Declaration of David A. Roscheck and Exhibit A thereto.

This Motion is made upon the grounds and for the reasons that the Declaration and attached Exhibit A contain information regarding an ongoing criminal prosecution.

DATED this 12th day of February, 2019.

**JAN M. BENNETTS**
Ada County Prosecuting Attorney

By: /s/ David A. Roscheck
David A. Roscheck
Deputy Prosecuting Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of February, 2019, I served a true and correct copy of the foregoing MOTION TO SEAL to the following person(s) by the following method:

| | |
|---|---|
| Elijah M. Watkins | _____ Hand Delivery |
| Anna E. Courtney | _____ U.S. Mail |
| Wendy J. Olson | __x__ Email |
| **Stoel Rives LLP** | _____ Electronic Filing |
| 101 S. Capitol Blvd., Ste. 1900 | |
| Boise, ID 83702 | |
| elijah.watkins@stoel.com | |
| anna.courtney@stoel.com | |
| wendy.olson@stoel.com | |

| | |
|---|---|
| Merritt L. Dublin | _____ Hand Delivery |
| Cynthia Yee-Wallace | _____ U.S. Mail |
| **Attorney General's Office** | __x__ Email |
| Criminal Law Division/Idaho State Police | _____ Electronic Filing |
| 700 S. Stratford Dr. | |
| Meridian, ID 83642 | |
| merritt.dublin@isp.idaho.gov | |
| cynthia.wallace@ag.idaho.gov | |

/s/ Candace McCall
Candace McCall, Legal Assistant

MOTION TO SEAL – PAGE 2