Elijah M. Watkins, ISB No. 8977
E-mail: *elijah.watkins@stoel.com*
Wendy J. Olson, ISB No. 7634
E-mail:  *wendy.olson@stoel.com*
Anna E. Courtney, ISB No. 9279
Email:  *anna.courtney@stoel.com*
STOEL RIVES LLP
101 S. Capitol Blvd, Suite 1900
Boise, ID 83702
Telephone: (208) 389-9000
Fax: (208) 389-9040

*Attorneys for Plaintiff Big Sky Scientific LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BIG SKY SCIENTIFIC LLC,<br><br>Plaintiff,<br><br>v.<br><br>IDAHO STATE POLICE, ADA COUNTY, JAN M. BENNETTS, in her official capacity as Ada County Prosecuting Attorney,<br><br>Defendants. | Case No. 1:19-cv-00040-REB<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Big Sky Scientific LLC appeals to the United States Court of Appeals for the Ninth Circuit from the "Memorandum Decision and Order Re: Plaintiff's Motion for Preliminary Injunction (Docket No. 2)," entered in this action on February 19, 2019 (Docket No. 32), and all adverse orders and rulings embraced therein.

**PLAINTIFF'S NOTICE OF APPEAL** -   1

DATED: February 20, 2019.

         STOEL RIVES LLP

         */s/ Elijah M. Watkins*
         Elijah M. Watkins
         Wendy J. Olson
         Anna E. Courtney

         *Attorneys for Plaintiff Big Sky Scientific LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2019, I served a copy of the foregoing

**PLAINTIFF'S NOTICE OF APPEAL** on CM/ECF Registered Participants as reflected on the

Notice of Electronic Filing as follows:

| | |
|---|---|
| Jan M. Bennetts<br>Heather McCarthy<br>Ada County Prosecutor's Office<br>200 W. Front Street, Room 3191<br>Boise, Idaho 83702<br>Telephone:  208-287-7700<br>Email:  adacountyprosecutor@adaweb.net | Via:  CM/ECF Notification |

*Attorneys for State of Idaho, Idaho State Police and Ada County*

| | |
|---|---|
| Merritt L. Dublin<br>Deputy Attorney General<br>Criminal Law Division/Idaho State Police<br>700 S. Stratford Drive<br>Meridian, Idaho 83642<br>Telephone:  208-884-7050<br>Email:  merritt.dublin@isp.idaho.gov | Via:  CM/ECF Notification |

*Attorneys for Idaho State Police*

> */s/ Elijah M. Watkins*
> Elijah M. Watkins

PLAINTIFF'S NOTICE OF APPEAL -    3