**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**SHERRY A. MORGAN**
Senior Deputy Prosecuting Attorney
**DAVID A. ROSCHECK**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID 83702
(208) 287-7700
(208) 287-7719 (facsimile)
Idaho State Bar Nos. 5296 and 9008
civilpafiles@adaweb.net

*Attorneys for Ada County and Jan M. Bennetts*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BIG SKY SCIENTIFIC LLC, | ) |
| Plaintiff, | ) Case No. 1:19-cv-00040-REB |
| vs. | ) **MOTION TO DISMISS PURSUANT TO** |
| IDAHO STATE POLICE, ADA COUNTY, JAN M. BENNETTS, in her official capacity as Ada County Prosecuting Attorney, | ) **F.R.C.P. 12(b)(1) and 12(b)(6)** |
| Defendants. | ) |

**COME NOW,** the Defendants Ada County and Jan M. Bennetts, in her official capacity as Ada County Prosecuting Attorney, by and through their counsel of record, the Ada County Prosecuting Attorney's Office, Civil Division, pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and move this Court for an order dismissing claims against

MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(1) and 12(b)(6) - PAGE 1

them on the grounds and for the reasons that the court lacks subject matter jurisdiction, and that Plaintiff has failed to state a claim against either Defendant upon which relief can be granted.

This Motion is made and based upon the Memorandum filed contemporaneously herewith, as well as the pleadings and other documents on file with the Court.

DATED this 25th day of February, 2019.

                                                **JAN M. BENNETTS**
                                                Ada County Prosecuting Attorney


                                  By: /s/ Sherry A. Morgan
                                            Sherry A. Morgan
                                            Senior Deputy Prosecuting Attorney

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 25th day of February, 2019, I served a true and correct copy of the foregoing MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(1) and 12(b)(6) to the following person(s) by the following method:

| | |
|---|---|
| Elijah M. Watkins | _____ Hand Delivery |
| Anna E. Courtney | _____ U.S. Mail |
| Wendy J. Olson | _____ Email |
| **Stoel Rives LLP** | __x__ Electronic Filing |
| 101 S. Capitol Blvd., Ste. 1900 | |
| Boise, ID 83702 | |
| elijah.watkins@stoel.com | |
| anna.courtney@stoel.com | |
| wendy.olson@stoel.com | |
| | |
| Merritt L. Dublin | _____ Hand Delivery |
| Cynthia Yee-Wallace | _____ U.S. Mail |
| **Attorney General's Office** | _____ Email |
| Criminal Law Division/Idaho State Police | __x__ Electronic Filing |
| 700 S. Stratford Dr. | |
| Meridian, ID 83642 | |
| merritt.dublin@isp.idaho.gov | |
| cynthia.wallace@ag.idaho.gov | |

            /s/ Shelly Root_____
            Shelly Root, Legal Assistant