|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | APR 25 2019 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| BIG SKY SCIENTIFIC LLC, | No. 19-35138 |
| Plaintiff-Appellant, | D.C. No. 1:19-cv-00040-REB<br>District of Idaho,<br>Boise |
| v. | |
| JAN M. BENNETTS, in her official capacity as Ada County Prosecuting Attorney; et al., | ORDER |
| Defendants-Appellees. | |

Before: W. FLETCHER, WATFORD, and FRIEDLAND, Circuit Judges.

On March 20, 2019, appellant filed a notice of intent to file previously sealed documents publicly pursuant to Interim Ninth Circuit Rule 27-13(f) (Docket Entry No. 14), and submitted volume 4 of the excerpts of record provisionally under seal. On April 10, 2019, appellees filed a motion to maintain volume 4 under seal (Docket Entry No. 31). On April 19, 2019, appellant filed an opposition to appellees' motion to maintain the seal (Docket Entry No. 34).

Appellees' motion to maintain the seal is denied. *See* Interim Ninth Circuit Rule 27-13(a) ("[t]his Court has a strong presumption in favor of public access to documents"), 27-13(e) (a motion to seal a document must "explain the specific reasons for this relief and describe the potential for irreparable injury in the absence of such relief").

PK/Sealed Documents

The Clerk shall file the opening brief, volumes 1 through 4 of the excerpts of record, and the answering brief publicly.

The existing briefing schedule shall continue in effect.