UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| BIG SKY SCIENTIFIC LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>IDAHO STATE POLICE, ADA COUNTY, JAN M. BENNETTS, in her official capacity as Ada County Prosecuting Attorney,<br><br>    Defendants. | Case No.: 1:19-cv-00040-REB<br><br>**ORDER RE:**<br><br>**DEFENDANT ADA COUNTY'S MOTION TO SEAL (Dkt. 29)**<br><br>**DEFENDANT ADA COUNTY'S MOTION FOR LEAVE TO FILE OVERSIZE BRIEF (Dkt. 44)**<br><br>**PLAINTIFF'S MOTION TO DISREGARD OR, ALTERNATIVELY, LEAVE TO FILE SUR-REPLY (Dkt. 46)** |

Currently pending before the Court are (1) Defendant Ada County's Motion to Seal (Dkt. 29); (2) Defendant Ada County's Motion for Leave to File Oversize Brief (Dkt. 44); and (3) Plaintiff's Motion to Disregard or, Alternatively, Leave to File Sur-Reply (Dkt. 46).  IT IS HEREBY ORDERED that these Motions are resolved as follows:

1.  Defendant Ada County's Motion to Seal (Dkt. 29) is DENIED as moot, in light of the Ninth Circuit's April 25, 2019 Order (Dkt. 47).

2.  Defendant Ada County's Motion for Leave to File Oversize Brief (Dkt. 44) is GRANTED.

3.  Plaintiff's Motion to Disregard or, Alternatively, Leave to File Sur-Reply (Dkt. 46) is GRANTED, in part, and DENIED, in part as follows:

    a.    The Court will not strike or disregard the arguments raised in Defendant Ada County's reply briefing in support of its pending Motion to Dismiss.  In this respect, Plaintiff's Motion is DENIED.

**ORDER - 1**

      b.      Plaintiff is permitted to file a six-page sur-reply speaking only the allegedly-new arguments raised within Ada County's reply briefing in support of its Motion to Dismiss; said sur-reply shall be filed on or before July 12, 2019. In this respect, Plaintiff's Motion is GRANTED.

It is ADDITIONALLY HEREBY ORDERED that the July 11, 2019 telephonic status conference is VACATED and will be re-set, if necessary, at a later date.

DATED: July 8, 2019

_____
Ronald E. Bush
Chief U.S. Magistrate Judge

**ORDER - 2**