UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BIG SKY SCIENTIFIC LLC,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>JAN M. BENNETTS, in her official capacity as Ada County Prosecuting Attorney; et al.,<br><br>        Defendants - Appellees. | No. 19-35138<br><br>D.C. No. 1:19-cv-00040-REB<br>U.S. District Court for Idaho, Boise<br><br>**MANDATE** |

The judgment of this Court, entered September 04, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7